930 So.2d 823 (2006)
Victor GARVIN, Husband, Appellant,
v.
Martha GARVIN, Wife, Appellee.
No. 1D05-4444.
District Court of Appeal of Florida, First District.
June 2, 2006.
Jeanine B. Sasser, Jacksonville, for appellant.
Janet A. Carver, Fernandina Beach, for appellee.
PER CURIAM.
AFFIRMED. See Clayton v. Clayton, 442 So.2d 310 (Fla. 1st DCA 1983); Mathieu v. Mathieu, 877 So.2d 740 (Fla. 5th DCA 2004).
WOLF, WEBSTER, and BROWNING, JJ., Concur.